UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 08-2250

UNITED STATES OF AMERICA,

  Plaintiff-Appellee,

v.

RAYMOND RYALS,

  Defendant-Appellant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD, FOR THE APPOINTMENT OF NEW COUNSEL, AND TO SUSPEND BRIEFING PENDING RESOLUTION OF THIS MOTION

Undersigned counsel hereby moves this Court for leave to withdraw and for the appointment of new counsel. As grounds for this motion, counsel states as follows:

1. I was appointed to represent Defendant-Appellant Raymond Ryals in the district court. My appointment to represent the defendant-appellant continued following the timely filing of Mr. Ryals' Notice of Appeal on May 19, 2008. All necessary steps have been taken to perfect this appeal, including ordering all transcripts.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

2. The Defendant-Appellant and the undersigned have discussed possible issues on appeal.

3. The Defendant-Appellant and the undersigned have reached impasse regarding these possible issues.

4. The undersigned believes that the record on appeal will be short and that the issues presented are not complex.

WHEREFORE, I respectfully move this Court for leave to withdraw as counsel for Mr. Ryals, for the appointment of new appellate counsel, and to suspend briefing pending resolution of this Motion.

Dated at Madison, Wisconsin, June 2, 2008.

Respectfully submitted:

*[signature]*

Erika L. Bierma
Counsel for Defendant-Appellant
FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
222 West Washington Avenue, Suite 300
Madison, Wisconsin 53703
Telephone: 608-260-9900
Fax: 608-260-9901
erika_bierma@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be sent by personal courier to Assistant United States Attorney Rita M. Rumbelow, this 2nd day of June, 2008.

_____
Erika L. Bierma